CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ADRIENNE ANNE NETA, et al

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN, et al

Civil Action No.: 24-cv-01914-RCL

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
c/o Ali Bagheri
Ministry of Foreign Affairs
Foreign Affairs Ministry, MFA Building
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

Syrian Arab Republic
c/o Faisal Mekdad
Minister of Foreign Affairs and Expatriates
Prime Ministers Complex, April 17 Street
Kafr Sousa, Damascus, Syria

by: (check one)
☐ certified or registered mail, return receipt requested
☑ DHL
☐ Fed Ex

pursuant to the provisions of: (check one)
☐ FRCP 4(f)(2)(C)(ii)
☑ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

~~I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.~~

_____
(Signature)
Aryeh Portnoy, D.C. Bar No. 464507
Crowell & Moring LLP
Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Plaintiffs

(Name and Address)