# EXHIBIT A



**Aryeh S. Portnoy**
APortnoy@crowell.com
(202) 624-2806 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500 main
+1.202.628.5116 fax

August 30, 2024

**VIA DHL**

Office of the Clerk
Attn: Civil
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Request for Service of First Amended Complaint on Defendants in Estate of Adrienne Anne Neta et al v. Islamic Republic of Iran et al, Civil Action No. 1:24-cv-01914-RCL (D.D.C.)

Dear Clerk of Court:

We are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service on Defendants the Islamic Republic of Iran, the Syrian Arab Republic, and the Democratic People's Republic of Korea of the Summons, First Amended Complaint, and Notice of Suit in the above-captioned matter.

**Request for Assistance with Service**

On July 1, 2024 victims of the terrorist attack against civilians in southern Israel on October 7, 2023, and their family members (collectively, the "Plaintiffs"), filed a civil lawsuit styled *Estate of Adrienne Anne Neta et al v. Islamic Republic of Iran et al*, Civil Action No. 1:24-cv-01914-RCL (D.D.C.), in the United States District Court for the District of Columbia. On August 14, 2024, Plaintiffs filed a First Amended Complaint with the Court. Plaintiffs seek to serve the Summons, First Amended Complaint, and Notice of Suit on Defendants the Islamic Republic of Iran, the Syrian Arab Republic, and the Democratic People's Republic of Korea pursuant to 28 U.S.C. § 1608(a)(3), as service under 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2) is unavailable.

Under 28 U.S.C. § 1608(a)(3), the Clerk of the Court shall send a copy of the Summons, Complaint, and Notice of Suit, together with a translation of each into the official language of defendant, "by any form of mail requiring signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." To that end, we will file this letter electronically as an exhibit to the Affidavits Requesting Foreign Mailing, and then deliver to the Office of the Clerk the following:

(1) one copy of each of the Affidavits Requesting Foreign Mailing (including this letter);





(2) one copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;
(3) one copy of each of the following documents, to be served, and one copy of each translated into Farsi, Arabic, and Korean to be served:
    a. the Summons;
    b. the First Amended Complaint; and
    c. the Notice of Suit (attached to which is a copy of the Foreign Sovereign Immunities Act).

In addition, for service on the Islamic Republic of Iran and the Syrian Arab Republic, we will deliver to the Office of the Clerk the following:

(4) a DHL document envelope; and
(5) a DHL International Shipment Waybill.

Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(3). In light of the statutory requirement and the instructions in the Court's Attorney Manual for Service of Process on a Foreign Defendant (as revised July 2024), service to the Islamic Republic of Iran and the Syrian Arab Republic should be attempted by DHL and addressed to:

Ali Bagheri
Minister of Foreign Affairs
Foreign Affairs Ministry, MFA Building
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

Fayssal Mekdad
Minister of Foreign Affairs and Expatriates
Prime Ministers Complex, April 17 Street
Kafr Sousa, Damascus, Syria

In light of the statutory requirement, the instructions in the Court's Attorney Manual for Service of Process on a Foreign Defendant, and DHL and FedEx's inability to deliver any form of mail to the Democratic People's Republic of Korea, service to the Democratic People's Republic of Korea should be attempted by the United States Postal Service and addressed to:

Choe Son-hui
Minister of Foreign Affairs
Ministry of Foreign Affairs
Jungson-Dong Central District
Pyongyang, North Korea





DHL has informed counsel for the Plaintiffs that the law firm is on DHL's approved shipper's list to send to Defendants the Islamic Republic of Iran and Syrian Arab Republic. Counsel will communicate with your office and DHL to arrange pick up of the package from the Court's mailroom once your office has prepared the materials.

For delivery to the Democratic People's Republic of Korea, counsel will arrange hand delivery of the package to the United States Postal Service office. Please contact my colleague Daniel Shemesh at (301) 332-7844 to coordinate a time for counsel's office to pick up the service materials from the Office of the Clerk.

Thank you for your assistance with this matter.

Sincerely yours,

Aryeh S. Portnoy

Enclosures

cc: John L. Murino
Emily M. Alban