UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNA NETA**, *et al.*,<br><br>                  **Plaintiffs**,<br>   v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>                  **Defendants.** | Civil Action No.: 1:24-cv-01914-RCL |

## STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter. As described more fully below, Plaintiffs have taken steps to effectuate service via mailing pursuant to 28 U.S.C. § 1608(a)(3) on foreign sovereign Defendants the Islamic Republic of Iran ("Iran"), the Syrian Arab Republic ("Syria"), and the Democratic People's Republic of Korea ("North Korea", and collectively with Iran and Syria, "Defendants") by requesting the Clerk of the Court to send by mail to each Defendant the summons, complaint, notice of suit, and translation of each into the official language of the relevant Defendant. Plaintiffs are prepared to assist the Clerk of the Court with such mailing as needed. Should service via mailing be unsuccessful, Plaintiffs are prepared to proceed with service via diplomatic means pursuant to 28 U.S.C. § 1608(a)(4).

**Background.** Plaintiffs were killed or injured as a result of the October 7, 2023 terrorist attack in southern Israel (the "Attack"), or are immediate family members of individuals who were killed or injured in the Attack. Plaintiffs filed their Complaint against Defendants Iran, Syria, and North Korea on July 1, 2024, seeking money damages for their personal injury and/or

wrongful death claims arising out of the Attack.  *See* ECF No. 1.  Plaintiffs filed an Amended Complaint on August 14, 2024.  ECF No. 6.

**Service.**  The summonses to Defendants were issued on July 29, 2024.  ECF No. 3.  On August 30, 2024, shortly after filing the Amended Complaint, Plaintiffs initiated the process of service on Defendants pursuant to 28 U.S.C. § 1608(a)(3), as service under 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2) is unavailable.  ECF Nos. 7, 8.  Plaintiffs filed affidavits and a supporting letter requesting foreign mailing on August 30, 2024.  *Id.*  On September 3, 2024, the next business day after those filings, Plaintiffs delivered to the Clerk's office the materials required for service on each Defendant, namely the "summons and complaint and a notice of suit, together with a translation of each into the official language of" the relevant Defendant.  28 U.S.C. § 1608(a)(3).  Plaintiffs have requested that the Court take the necessary steps to effectuate service on Defendants, including (i) mailing the required materials to Defendants Iran and Syria via DHL, and (ii) notifying Plaintiffs that the required materials are approved to be sent to North Korea via USPS.  ECF Nos. 7, 8.  Plaintiffs understand that, at this time, USPS is the only form of mail available to send materials to Defendant North Korea, as neither DHL nor FedEx will accept packages to be sent to North Korea.

Plaintiffs understand that, after the Clerk's Office has reviewed the service materials, the Clerk's Office will use the DHL waybills provided by Plaintiffs to send the service materials to Iran and Syria, and will contact the Plaintiffs so that Plaintiffs can collect the service materials for Defendant North Korea and send those materials via USPS.  Plaintiffs are available to the Clerk's Office should the Clerk's Office require any assistance with mailing the materials via DHL.  Plaintiffs also are prepared to complete service via USPS to North Korea and will return the appropriate documentation, including a stamped *Receipt for Registered Mail* (PS Form

3806), to the Clerk's Office for docketing after mailing. Once these materials are mailed and documentation is docketed, Plaintiffs will have taken all steps necessary to effectuate service under 1608(a)(3).

Plaintiffs anticipate that service via mail will likely be unsuccessful with regards to all Defendants, in which event Plaintiffs are prepared to attempt service via diplomatic means pursuant to 28 U.S.C. § 1608(a)(4). *See, e.g.*, *Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 90 (D.D.C. 2018) (finding that Iran refused service via 1608(a)(3)); *Shatsky v. Syrian Arab Republic*, No. 1:08-cv-00496-RJL, 2024 WL 1091803, at *8 (D.D.C. Mar. 12, 2024) (finding that service of process on Syria via 1608(a)(3) was unsuccessful). Plaintiffs further anticipate that service via diplomatic means may not be possible as to at least one Defendant, as it appears that recent attempts to serve North Korea by such means have failed. *See, e.g.*, Status Report for Plaintiff at 4, *Bae v. Democratic People's Republic of Korea*, No. 1:20-cv-02260-EGS (D.D.C. July 12, 2023), ECF No. 29. Should diplomatic service prove to be impossible, Plaintiffs will then request that this Court approve service on North Korea by appropriate alternate methods. *See id.* at 6.

Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

Dated:   September 4, 2024

Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500


/s/ *James Pasch*
James Pasch (OH #0086809) (*pro hac vice* application pending)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel:  212-885-5806
Email:  jpasch@adl.org


*Attorneys for Plaintiffs*