CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ADRIENNE ANNE NETA, et al

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN, et al.

_____
Defendant(s)

Civil Action No.: 1:24-cv-01914-RCL

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

| | | |
|---|---|---|
| Islamic Republic of Iran<br>c/o Ali Bagheri<br>Ministry of Foreign Affairs<br>Foreign Affairs Ministry, MFA Building<br>Imam Khomeini St., Imam Khomeini Sq.<br>Tehran, Iran | Syrian Arab Republic<br>c/o Faisal Mekdad<br>Minister of Foreign Affairs and Expatriates<br>Prime Ministers Complex, April 17 Street,<br>Kafr Sousa, Damascus, Syria | Democratic People's Republic of Korea<br>c/o Choe Son-hui<br>Minister of Foreign Affairs<br>Ministry of Foreign Affairs<br>Jungson-Dong Central District<br>Pyongyang, North Korea |

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

~~I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.~~

/s/Aryeh Portnoy
_____
(Signature)

Aryeh Portnoy, D.C. Bar No. 464507
Crowell & Moring LLP
Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Plaintiffs

(Name and Address)