

**Aryeh S. Portnoy**
APortnoy@crowell.com
(202) 624-2806 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500 main
+1.202.628.5116 fax

October 25, 2024

**BY HAND DELIVERY**

Office of the Clerk
Attn: Civil
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

  Re: Request for Service of Summons, Notice of Suit, and Complaint on Defendants in *Esate of Adrienne Anne Neta et al v. Islamic Republic of Iran et al*, Civil Action No. 1:24-cv-01914-RCL (D.D.C.)

Dear Clerk of Court:

We are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service on Defendants the Islamic Republic of Iran ("Iran"), the Syrian Arab Republic ("Syria"), and the Democratic People's Republic of Korea ("North Korea", and collectively with Iran and Syria, the "Defendants") of the Summons, Notice of Suit, and Complaint, together with a translation of each of each into the official language of the foreign state being served (collectively, the "Service Documents"), in the above-captioned matter.

**<u>Background</u>**

On July 1, 2024, victims of a terrorist attack against civilians in southern Israel on October 7, 2023, and their family members (collectively, the "Plaintiffs"), filed a civil lawsuit styled *Estate of Adrienne Anne Neta et al v. Islamic Republic of Iran et al*, Civil Action No. 1:24-cv-01914-RCL (D.D.C.), in the United States District Court for the District of Columbia. On August 14, 2024, Plaintiffs filed a First Amended Complaint ("Complaint") with the Court.

Service of the Service Documents could not be made on Iran, Syria, and North Korea pursuant to 28 U.S.C. § 1608(a)(1) because Plaintiffs have no "special arrangement for service" with any of the Defendants. Service also could not be made under 28 U.S.C. § 1608(a)(2) because there is no "applicable international convention on service of judicial documents." Therefore, Plaintiffs wrote to you on August 30, 2024 requesting that service of the Service Documents be effected through your office pursuant to 28 U.S.C. § 1608(a)(3).

On September 6, 2024, pursuant to § 1608(a)(3), your office mailed one copy of the Service Documents to Iran and Syria by DHL mail. Dkt. Nos. 14, 15. On the same date, at the instruction of your office, Plaintiffs mailed one copy of the Service Documents to North Korea via USPS. Dkt. No. 16. DHL returned the service packages dispatched by your office to Iran and Syria on September 11, 2024, and September 12, 2024, respectively. *See* Dkt. No. 18 (Notice Regarding Inability to Effect Service). Although Plaintiffs created and docketed a waybill for the package to North Korea, the last tracking

update provided by USPS is that the package was released by U.S. Customs at some point on or after September 8, 2024, over six weeks ago.  *Id.*  USPS tracking services such as Registered Mail and Return Receipt are not available for mail to North Korea.  *Id.*  Over thirty days have passed since service was attempted under 28 U.S.C. § 1608(a)(3), and delivery of the Service Documents of Iran and Syria has failed and there is no confirmation that the Service Documents have been or will be delivered to North Korea.  Plaintiffs have therefore been unable to effect service to Iran or Syria or confirm that service has been made on North Korea within 30 days under § 1608(a)(3).  *Id.*

Plaintiffs are not aware of any other means of mailing which can be used by the Clerk of the Court to effect service under 28 U.S.C. § 1608(a)(3), and neither the Court's Attorney Manual for Service of Process on a Foreign Defendant (Revised: July 2024) nor the Service of Process on a Foreign Defendant Checklist, consulted by Plaintiffs on October 24, 2024, reference other mailing options for service pursuant to 28 U.S.C. § 1608(a)(3).

**Request for Assistance with Service under § 1608(a)(4)**

We now request that the Clerk dispatch the alternative means of service prescribed by 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3).

Under 28 U.S.C. § 1608(a)(4), the Clerk of the Court shall send two copies of the summons, complaint and a notice of suit, together with a translation of each into the official language of each relevant foreign state, "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service to all Defendants through diplomatic channels.

In light of the foregoing, we will file this letter electronically as an exhibit to the Affidavit Requesting Foreign Mailing, and then deliver to the court the necessary materials for service on Defendants in the manner prescribed by 28 U.S.C. § 1608(a)(4).  The following materials are included for each Defendant: (1) two copies of the Summons; (2) two copies of the Complaint; (3) two copies of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act); (4) two copies of each of the foregoing documents translated into the official languages of the relevant foreign sovereign; (5) a copy of the *Letter Requesting Service* addressed to the U.S. Department of State; and (6) three cashier's checks, each made out for $2,275.00 and made payable to the U.S. Department of State.

Further enclosed herein for the use of your office are: (1) a copy of the *Letter Requesting Service* addressed to the Clerk of Court, as filed via ECF No. 19-1; (2) a copy of the *Notice of Electronic Filing*, confirming the ECF filing of the *Letter Requesting Service* addressed to the Clerk of Court; (3) three completed FedEx shipping labels; and (4) the three FedEx Shipment Waybill.

Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(4). In light of the statutory requirement, service should be attempted by any form of mail requiring a signed receipt and addressed to:

> U.S. Department of State
> Office of Legal Affairs (L/CA/POG/GC, SA-17, 10th Floor)
> Director of Consular Services
> Attention: Jared Hess (FSIA)
> 2201 C Street N.W.
> SA-17, 10th Floor
> Washington, DC 20522-1710

If you have any questions or concerns, please contact my colleague Daniel Shemesh at (202) 508-8711.

Thank you for your assistance with this matter.

Sincerely,

Aryeh S. Portnoy

Enclosures

cc:     John L. Murino
        Emily M. Alban