UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNA NETA**, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No.:  1:24-cv-01914-RCL |

## STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

　　Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this third status report in the above-captioned matter.  As described more fully in the status report submitted on October 4, 2024, and the letter to the Court requesting service via 28 U.S.C. § 1608(a)(4), service via mail to each Defendant has been unsuccessful.  *See* ECF Nos. 17, 19.

　　Therefore, Plaintiffs have begun the process of service via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) on foreign sovereign Defendants the Islamic Republic of Iran ("Iran"), the Syrian Arab Republic ("Syria"), and the Democratic People's Republic of Korea ("North Korea", and collectively with Iran and Syria, "Defendants").  With assistance from the Clerk of the Court, Plaintiffs will mail to the U.S. Department of State the summons, complaint, notice of suit, and translation of each into the official language of the relevant foreign sovereign Defendant.

　　**Background.** Plaintiffs were killed or injured as a result of the October 7, 2023 terrorist attack in southern Israel (the "Attack"), or are immediate family members of individuals who were killed or injured in the Attack.  Plaintiffs filed their Complaint against Defendants Iran,

Syria, and North Korea on July 1, 2024, seeking money damages for their personal injury and/or wrongful death claims arising out of the Attack.  *See* ECF No. 1.  Plaintiffs filed an Amended Complaint on August 14, 2024.  ECF No. 6.

**Service.**  The summonses to Defendants were issued on July 29, 2024.  ECF No. 3.  On August 30, 2024, shortly after filing the Amended Complaint, Plaintiffs initiated service on Defendants pursuant to 28 U.S.C. § 1608(a)(3), as service under 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2) is unavailable.  ECF Nos. 7, 8.  As of September 6, 2024, Plaintiffs had taken all steps necessary to effectuate service under § 1608(a)(3).  On that date, the Court mailed the required materials to Defendants Iran and Syria via DHL, and Plaintiffs' counsel mailed the service materials to Defendant North Korea via USPS.  For each package, the Clerk's Office docketed a Certificate of Clerk and waybill showing that the materials were dispatched.  ECF Nos. 14, 15, 16.

Despite Plaintiffs' efforts, service pursuant to 28 U.S.C. § 1608(a)(3) has been unsuccessful.  Service by mail on Defendants Iran and Syria has failed; Plaintiffs are unable to confirm the status of service by mail on Defendant North Korea and 30 days have elapsed since service was initiated.

Accordingly, Plaintiffs initiated service via diplomatic means pursuant to 28 U.S.C. § 1608(a)(4) to all Defendants on October 7, 2024.  Plaintiffs submitted affidavits requesting (a)(4) service, as well as a letter explaining Plaintiffs inability to effectuate service under (a)(3).  ECF No. 19.  Plaintiffs are preparing the appropriate documentation, payment, and shipping labels for the Court Clerk to dispatch to the Secretary of State in Washington, DC.  As stated in Plaintiffs previous status report, Plaintiffs anticipate that service via diplomatic means may not be possible as to at least one Defendant, as it appears that recent attempts to serve North Korea

by such means have failed.  *See, e.g.*, Status Report for Plaintiff at 4, *Bae v. Democratic People's Republic of Korea*, No. 1:20-cv-02260-EGS (D.D.C. July 12, 2023), ECF No. 29.  Should diplomatic service prove to be impossible, Plaintiffs will then request that this Court approve service on North Korea by appropriate alternate methods.  *See id*. at 6.

Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

Dated:  November 4, 2024

Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500


/s/ *James Pasch*
James Pasch (OH #0086809) (*pro hac vice* application pending)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel:  212-885-5806
Email:  jpasch@adl.org


*Attorneys for Plaintiffs*