UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNA NETA**, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>　　　　　　Defendants. | Civil Action No.:  1:24-cv-01914-RCL |

## NOTICE OF APPEARANCE OF COUNSEL

James Pasch, of the Anti-Defamation League, is authorized to practice before this Court and hereby enters his appearance in the above-captioned matter as counsel for all Plaintiffs.

Dated:   December 23, 2024                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *James Pasch*

　　　　　　　　　　　　　　　　　　　　　　　　James Pasch (OH #0086809)

　　　　　　　　　　　　　　　　　　　　　　　　ANTI-DEFAMATION LEAGUE
　　　　　　　　　　　　　　　　　　　　　　　　605 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10159-3650
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 212-885-5806
　　　　　　　　　　　　　　　　　　　　　　　　Email: jpasch@adl.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, District of Columbia, using the electronic case filing system of the Court. The electronic case filing system send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this documents via electronic means.

*/s/ James Pasch*