CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ADRIENNE ANNE NETA, et al

_____

Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN, et al

Civil Action No.:  24-cv-01914-RCL

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
c/o Abbas Araghchi
Minister of Foreign Affairs
Foreign Affairs Ministry, MFA Building
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

Syrian Arab Republic
c/o Asaad Hassan al-Shaybani
Minister of Foreign Affairs and Expatriates
Ministry of Foreign Affairs
Damascus, Syria

by: (check one)  ☐  certified or registered mail, return receipt requested
                 ☑  DHL
                 ☐  Fed Ex

pursuant to the provisions of: (check one)
                 ☐  FRCP 4(f)(2)(C)(ii)
                 ☑  28 U.S.C. § 1608(a)(3)
                 ☐  28 U.S.C. § 1608(b)(3)(B)
                 ☐  28 U.S.C. § 1608(a)(4)

~~I certify that this method of service is authorized by the domestic law of (name of country):~~
~~_____, and that I obtained this information~~
~~by contacting the Overseas Citizens Services, U.S. Department of State.~~

_____

(Signature)
Aryeh Portnoy, D.C. Bar No. 464507
Crowell & Moring LLP
Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Plaintiffs

(Name and Address)