

**Aryeh S. Portnoy**
APortnoy@crowell.com
(202) 624-2806 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500  main
+1.202.628.5116  fax

January 16, 2025

**VIA DHL**

Office of the Clerk
Attn: Civil
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    Request for Service of First Amended Complaint on Defendants in *Estate of Adrienne Anne Neta et al v. Islamic Republic of Iran et al*, Civil Action No. 1:24-cv-01914-RCL (D.D.C.)

Dear Clerk of Court:

We are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service for a second time on Defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") of the Summons, First Amended Complaint, and Notice of Suit in the above-captioned matter. Plaintiffs were recently made aware that the governments of Iran and Syria have each appointed a new head of the ministry of foreign affairs since the filing of this case, resulting in this request for service of revised documents.

**Request for Assistance with Service**

Under 28 U.S.C. § 1608(a)(3), the Clerk of the Court shall send a copy of the Summons, Complaint, and Notice of Suit, together with a translation of each into the official language of defendant, "by any form of mail requiring signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." To that end, we will file this letter electronically as an exhibit to the Affidavit Requesting Foreign Mailing, and then deliver to the Office of the Clerk the following:

    (1) one copy of the Affidavit Requesting Foreign Mailing (including this letter);
    (2) one copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;
    (3) one copy of each of the following documents, to be served, and one copy of each translated into Farsi and Arabic, to be served:
        a. the Summons;
        b. the First Amended Complaint; and

Crowell

Office of the Clerk
January 16, 2025
Page 2

        c. the Notice of Suit (attached to which is a copy of the Foreign Sovereign Immunities Act).
(4) two DHL document envelopes; and
(5) two DHL International Shipment Waybills.

Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(3). In light of the statutory requirement and the instructions in the Court's Attorney Manual for Service of Process on a Foreign Defendant (as revised July 2024), service to the Islamic Republic of Iran and the Syrian Arab Republic should be attempted by DHL and addressed to the new head of the foreign ministry for each sovereign Defendant:

    Abbas Araghchi
    Minister of Foreign Affairs
    Foreign Affairs Ministry, MFA Building
    Imam Khomeini St., Imam Khomeini Sq.
    Tehran, Iran

    Asaad Hassan al-Shaybani
    Minister of Foreign Affairs and Expatriates
    Prime Ministers Complex, April 17 Street
    Kafr Sousa, Damascus, Syria

Counsel will communicate with your office and DHL to arrange pick up of the package from the Court's mailroom once your office has prepared the materials.

Thank you for your assistance with this matter.

        Sincerely yours,

        Aryeh S. Portnoy

Enclosures

cc:   John L. Murino
      Emily M. Alban