28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Estate of Adrienne Anne Neta, et al.
_____
*Plaintiff*

v.

Islamic Republic of Iran, et al.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 1:24-cv-01914-RCL

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)* Islamic Republic of Iran
c/o Abbas Araghchi, Minister of Foreign Affairs
Foreign Affairs Ministry, MFA Building
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aryeh S. Portnoy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
United States of America

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/22/2025
_____

_____
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:24-cv-01914-RCL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                           *Server's signature*

                                             _____
                                                           *Printed name and title*

                                             _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Estate of Adrienne Anne Neta, et al.

)
)
)

*Plaintiff*

v.

Islamic Republic of Iran, et al.

)
)
)
)

*Defendant*

Civil Action No. 1:24-cv-01914-RCL

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)* Syrian Arab Republic
c/o Asaad Hassan al-Shaybani
Minister of Foreign Affairs and Expatriates
Ministry of Foreign Affairs and Expatriates
Damascus, Syria

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aryeh S. Portnoy, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
United States of America

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/22/2025

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:24-cv-01914-RCL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                        *Server's signature*

                                                       _____
                                                                        *Printed name and title*


                                                       _____
                                                                        *Server's address*


Additional information regarding attempted service, etc: