UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNA NETA**, *et al.*,<br><br>           **Plaintiffs**,<br><br>     v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>           **Defendants.** | Civil Action No.:  1:24-cv-01914-RCL |

### STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update.** On January 22, 2025, Plaintiffs initiated service pursuant to 28 U.S.C. § 1608(a)(3) for a second time on Defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria").  *See* ECF No. 30.  Plaintiffs make this second service attempt because Iran and Syria each recently appointed a new foreign minister. Thus, the revised summonses for Iran and Syria reflect the recent appointments. Plaintiffs anticipate that service pursuant to § 1608(a)(3) will be unsuccessful again and are prepared to promptly re-attempt service on Iran and Syria via diplomatic channels pursuant to § 1608(a)(4).

Regarding foreign sovereign Defendant the Democratic People's Republic of Korea ("North Korea"), Plaintiffs have taken all necessary steps to effectuate service via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) following the inability to effectuate service via § 1608(a)(3).

There are no further updates from the prior status report, submitted January 3, 2025. *See* ECF No. 25. Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

| | |
|---|---|
| Dated:   February 3, 2025 | Respectfully submitted, |
| | /s/ *Aryeh S. Portnoy*<br>Aryeh S. Portnoy, D.C. Bar No. 464507<br>John L. Murino, D.C. Bar No. 484818<br>Emily M. Alban, D.C. Bar No. 977035 |
| | CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 624-2500 |
| | /s/ *James Pasch*<br>James Pasch (OH #0086809) |
| | ANTI-DEFAMATION LEAGUE<br>605 Third Avenue<br>New York, NY  10158-3650<br>Tel:  212-885-5806<br>Email:  jpasch@adl.org |
| | *Attorneys for Plaintiffs* |

2