UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*,<br><br>　　　　　**Plaintiffs,**<br><br>　v.<br><br>**ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>　　　　　**Defendants.** | Civil Action No. 1:24-cv-01914-RCL |

**NOTICE REGARDING INABILITY TO EFFECT SERVICE
UNDER 28 U.S.C. § 1608(a)(3)**

Plaintiffs, by and through their undersigned counsel, hereby notify the Court that Plaintiffs have been unable to effect service by mail under 28 U.S.C. § 1608(a)(3) on Defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") of the Summonses, Complaint, Notice of Suit, and a translation of each in the above-referenced matter (collectively, the "Service Documents").[1]

Plaintiffs have attempted unsuccessfully to effect service by mail pursuant to 28 U.S.C. § 1608(a)(3) as follows:

1. On January 16, 2025, Plaintiffs filed Affidavits requesting the Clerk of the Court to re-initiate service on Defendants via foreign mailing, pursuant to 28 U.S.C. § 1608(a)(3), because Iran and Syria both appointed new foreign ministers. Dkt. No. 28.

---

[1] This is Plaintiffs' second unsuccessful attempt at service via mail under 28 U.S.C. § 1608(a)(3) on Defendants Iran and Syria. *See* Dkt. No. 18.

2. On January 22, 2025, the Court re-issued Summons for service on Iran and Syria. Dkt. No. 30.

3. On February 19, 2025, the Clerk of the Court certified mailing of the Service Documents by DHL mail to Iran and Syria, pursuant to 28 U.S.C. § 1608(a)(3). Dkt. No. 33.

4. On February 25, 2025, DHL returned to Plaintiffs the Service Documents that the Clerk had mailed to Defendants Iran and Syria, respectively, and notified the Plaintiffs that such mail addressed to Iran and/or Syria is undeliverable. *See* Exhs. 1 (DHL Tracking – Iran Service Documents), 2 (DHL Tracking – Syria Service Documents).

5. Plaintiffs are not aware of any other means of mailing which can be used by the Clerk of the Court to effect service under 28 U.S.C. § 1608(a)(3). Plaintiffs further note that neither the Court's Attorney Manual for Service of Process on a Foreign Defendant, nor the Service of Process on a Foreign Defendant Checklist, reference other mailing options for service pursuant to 28 U.S.C. § 1608(a)(3).

As Plaintiffs are unable to effect service by mail pursuant to 28 U.S.C. § 1608(a)(3), Plaintiffs will now attempt to serve Defendants Iran, Syria, and the Democratic People's Republic of Korea via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

Dated: February 28, 2025

Respectfully submitted,

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

James Pasch (OH #0086809)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

*Attorneys for Plaintiffs*

DCACTIVE-79393040.1