UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNA NETA**, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>　　　　　　Defendants. | Civil Action No.:  1:24-cv-01914-RCL |

### STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update.**  Plaintiffs' second attempt at effecting service by mail pursuant to 28 U.S.C. § 1608(a)(3) on Defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") has failed.  *See* ECF No. 34.  DHL returned both service packages to Plaintiffs' counsel's office with a note that shipment to Iran and Syria is restricted.  Id.  Thus, Plaintiffs recently requested that this Court assist with Plaintiff's efforts to effect service on Iran and Syria via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).  *See* ECF No. 35.

Regarding foreign sovereign Defendant the Democratic People's Republic of Korea (together with Iran and Syria, "Defendants"), Plaintiffs have taken all necessary steps to effectuate service via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) following the inability to effectuate service via § 1608(a)(3).  ECF Nos. 21, 22.  Plaintiffs will provide the U.S. Department of State with an update regarding the status of the service documents for all three Defendants following the Clerk's dispatch of the service documents for Iran and Syria.

There are no further updates from the prior status report, submitted February 3, 2025. *See* ECF No. 31. Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

| | |
|---|---|
| Dated:   March 5, 2025 | Respectfully submitted,<br><br>/s/ *Aryeh S. Portnoy*<br>Aryeh S. Portnoy, D.C. Bar No. 464507<br>John L. Murino, D.C. Bar No. 484818<br>Emily M. Alban, D.C. Bar No. 977035<br><br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 624-2500<br><br>/s/ *James Pasch*<br>James Pasch (OH #0086809)<br><br>ANTI-DEFAMATION LEAGUE<br>605 Third Avenue<br>New York, NY  10158-3650<br>Tel:  212-885-5806<br>Email:  jpasch@adl.org<br><br>*Attorneys for Plaintiffs* |