UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*,<br><br>　　　　　　　　**Plaintiffs,**<br>　　v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>　　　　　　　　**Defendants.** | Civil Action No.:  1:24-cv-01914-RCL |

## STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update.**  Pursuant to Plaintiffs' efforts to effectuate service on Defendants the Islamic Republic of Iran ("Iran"), the Syrian Arab Republic ("Syria"), and the Democratic People's Republic of Korea ("North Korea," and, together with Iran and Syria, "Defendants") with the clerk's assistance, the United States Department of State recently notified Plaintiffs that it is in possession of the relevant service document packages for each Defendant.  These packages include the revised service documents for Defendants Iran and Syria.  Plaintiffs have thus taken all necessary steps to effectuate service on Defendants.

　There are no further updates from Plaintiffs' prior status report, submitted March 5, 2025.  *See* ECF No. 36.  Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

Dated:   April 4, 2025

Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

/s/ *James Pasch*
James Pasch (OH #0086809)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel:  212-885-5806
Email:  jpasch@adl.org

*Attorneys for Plaintiffs*

2