UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*,<br><br>                    **Plaintiffs,**<br>     v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>                    **Defendants.** | Civil Action No.:  1:24-cv-01914-RCL |

### STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update.** Plaintiffs have taken all necessary steps to effectuate service pursuant to 28 U.S.C. § 1608(a)(4) on Defendants the Islamic Republic of Iran, the Syrian Arab Republic, and the Democratic Peoples' Republic of Korea.  *See* ECF Nos. 22, 38.  Plaintiffs await confirmation from the United States Department of State that diplomatic service on each Defendant has been completed.

There are no further updates from Plaintiffs' prior status report, submitted April 4, 2025.  *See* ECF No. 39.  Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

2

Dated:   May 5, 2025                              Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500


/s/ *James Pasch*
James Pasch (OH #0086809)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel:  212-885-5806
Email:  jpasch@adl.org


*Attorneys for Plaintiffs*