

**United States Department of State**

*Washington, D.C.  20520*

June 24, 2025

Ms. Angela D. Caesar
United States District Court
For The District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

      Re: *Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, et al.*, 1:24-cv-01914-RCL

Dear Ms. Caesar:

      I am writing regarding the Court's request for transmittal of a Summons, First Amended Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1025-IE dated and delivered on April 16, 2025.  A certified copies of the diplomatic note is enclosed.[1]

                              Sincerely,

                              Jared N. Hess
                             Attorney Adviser
                     Office of the Legal Adviser
                     L/CA/POG/GC

RECEIVED
Mailroom

JUN 3 0 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.  *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Aryeh S. Portnoy
        Crowell & Moring LLP
        1001 Pennsylvania Ave. NW
        Washington, DC 20004

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

nfederation of Switzerland                    )
rn, Canton of Bern                             ) SS:
bassy of the United States of America  )



cott M. DRISKEL, a consular officer at the Embassy of the United States at Bern,
itzerland, certify that this is a true copy of Embassy note number 28514 dated March
2025, which was transmitted to the Swiss Ministry of Foreign Affairs on April 02,
25, for further transmission to the American Interests Section of the Swiss Embassy in
iran, Iran.

_____
(Signature of Consular Officer)


_____
Scott M. DRISKEL
(Typed name of Consular Officer)


<u>Consul of the United States of America</u>
(Title of Consular Officer)


<u>June 11, 2025</u>
(Date)



*Embassy of the United States of America*

March 31, 2025

CONS NO.

Kopie: Schweiz. Botschaft, F.I. Teheran

Beilagen:  9

Bern, 2 – APR. 2025

346-01-02-00   USA/IRAN

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

EIDGENÖSSISCHES DEPARTAMENT FÜR
Abteilung Amerikas

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – **Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, et al. 1:24-cv-01914-RCL**

REF:    ----

The Department of State has requested the delivery of the enclosed Summons, First Amended Complaint, and Notice of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, et al., 1:24-cv-01914-RCL.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one defendant to be served in this case: the Islamic Republic of Iran.  The American Interests Section should transmit the Summons, First Amended Complaint, and Notice of Suit to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

ıN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran:

ıhe Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit *Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, et al.*, 1:24-cv-01914-RCL, which is pending in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Summons and First Amended Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, First Amended Complaint, and Notice of Suit
2. Translations

END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran



## SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland            )
, Canton of Bern                    ) SS:
assy of the United States of America )


fy that the annexed document bears the genuine seal of the Swiss Federal
rtment of Foreign Affairs.


fy under penalty of perjury under the laws of the United States that the foregoing
e and correct.


_____
(Signature of Consular Officer)


Scott M. DRISKEL
_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


June 11, 2025
(Date)



enossenschaft
se
Svizzera
svizra

.partment of Foreign Affairs FDFA

633

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28514 dated March 31, 2025 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

- **Estate of Adrienne Anne Neta. et al. v. Islamic Republic of Iran, et al., 1:24-cv-01914-RCL**
  Note 1025-IE, addressed to the Islamic Republic of Iran)

dated April 16, 2025 and proof of service, dated May 4, 2025 as well as the certification by the Swiss Federal Chancellery dated May 27, 2025.

The section has received the above-mentioned documents on April 14, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on April 16, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, May 27, 2025



Enclosure(s) mentioned

To the
Embassy of the
United States of America

Berne

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>



nfederation of Switzerland           )
rn, Canton of Bern                      ) SS:
bassy of the United States of America )


rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
itzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.


_____
Alessandra MANOIERO
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____
Scott M. DRISKEL
(Typed name of Consular Officer)


<u>Consul of the United States of America</u>
(Title of Consular Officer)


<u>June 11, 2025</u>
(Date)

erische Eidgenossenschaft                                                          Embassy of Switzerland in Iran
édération suisse                                                                   **Foreign Interests Section**
onfederazione Svizzera
Confederaziun svizra

No. 1025-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, et al.,*** **1:24-cv-01914-RCL**, which is pending in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons and First Amended Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Complaint, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - April 16, 2025

Attachments:
1. Summons, First Amended Complaint, and Notice of Suit
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Swit... certify herewith that this is a true copy of Diplomatic Note No. 1025-IE, dated April 16, 2025. of this note and its enclosures was attempted on April 16, 2025, but the Iranian Ministry of Fore... refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – May 04, 2025

---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by**    D o m i n i q u e   B a e r i s w y l

3. **acting in the capacity of Head of the Foreign Interests Section**

4. **bears the seal/stamp of**

   E m b a s s y   o f   S w i t z e r l a n d   U S   I n t e r e s t s   S e c t i o n   T e h r a n

   **Certified**

5. **at Berne**                6.        **the 27.05.2025**

7. **by A l e s s a n d r a   M a n o i e r o**
   **functionary of the Swiss federal Chancellery**

8. **No** ........... 0 1 3 1 7 1

9. **Seal/stamp:**                10.  **Signature:**

   Swiss federal Chancellery                    

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE–1025

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان املاک آدرین آن نتا و دیگران بر علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره RCL-01914-cv-1:24 که در دادگاه منطقه ای ایالات متحده ویژه منطقه کلمبیا مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده آمریکا ویژه منطقه کلمبیا، یک فقره احضاریه و اولین شکایت اصلاح شده را ایفاد می نماید. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرای ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه و اولین شکایت اصلاح شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر احضاریه و اولین شکایت اصلاح شده، ابلاغیه اقامه دعوی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است را به پیوست ایفاد می دارد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی مربوطه صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران – بتاریخ بیست و هفتم فروردین ماه ۱۴۰۴ (۱۶ آوریل ۲۰۲۵)



پیوست: ۱- احضاریه، اولین شکایت اصلاح شده و ابلاغیه اقامه دعوی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران