**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*, | |
| **Plaintiffs,** | Civil Action No.:  1:24-cv-01914-RCL |
| **v.** | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, | |
| **Defendants.** | |

## STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update.** Plaintiffs have taken all necessary steps to effectuate service pursuant to 28 U.S.C. § 1608(a)(4) on Defendants the Islamic Republic of Iran ("Iran"), the Syrian Arab Republic ("Syria"), and the Democratic People's Republic of Korea ("North Korea").  *See* ECF Nos. 22, 38.  Plaintiffs are aware that 28 U.S.C. § 1608(a)(4) service has been completed on Iran. *See* ECF No. 42.  Plaintiffs await confirmation from the United States Department of State that diplomatic service on Syria and North Korea has been completed.

There are no further updates from Plaintiffs' prior status report, submitted June 4, 2025. *See* ECF No. 41.  Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

Dated:   July 7, 2025                          Respectfully submitted,

                                               /s/ *Aryeh S. Portnoy*
                                               Aryeh S. Portnoy, D.C. Bar No. 464507
                                               John L. Murino, D.C. Bar No. 484818
                                               Emily M. Alban, D.C. Bar No. 977035

                                               CROWELL & MORING LLP
                                               1001 Pennsylvania Ave., N.W.
                                               Washington, D.C. 20004
                                               (202) 624-2500


                                               /s/ *James Pasch*
                                               James Pasch (OH #0086809)

                                               ANTI-DEFAMATION LEAGUE
                                               605 Third Avenue
                                               New York, NY  10158-3650
                                               Tel:  212-885-5806
                                               Email:  jpasch@adl.org


                                               *Attorneys for Plaintiffs*