

United States Department of State

Washington, D.C. 20520

RECEIVED
Mailroom
DEC - 5 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

December 3, 2025

Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20011

Re: *Estate of Adrienne Anne Neta, et al., v. Islamic Republic of Iran, et al.*, 1:24-cv-01914-RCL

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, First Amended Complaint and Notice of Suit to the Democratic People's Republic of Korea pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The documents were delivered in New York, NY under cover of U.S. Department of State diplomatic note to the Permanent Mission of the Democratic People's Republic of Korea to the United Nations. The diplomatic note was dated August 29, 2025, and delivered on September 11, 2025. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Aryeh Portnoy
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004



**United States Department of State**

*Washington, D.C.   20520*

## CERTIFICATION OF DIPLOMATIC NOTE

I, John Ballard, Acting Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated August 29, 2025, and delivered to the Permanent Mission of the Democratic People's Republic of Korea to the United Nations in New York, NY on September 11, 2025.

John Ballard, Acting Managing Director
Directorate of Overseas Citizens Services

November 25, 2025

Case 1:24-cv-01914-RCL    Document 49    Filed 12/05/25    Page 4 of 6

 

United States Department of State

*Washington, D.C. 20520*

The Department of State refers the Permanent Mission of the Democratic People's Republic of Korea to the United Nations to the lawsuit *Estate of Adrienne Anne Neta, et al., v. Islamic Republic of Iran, et al.*, 1:24-cv-01914-RCL, which is pending in the U.S. District Court for the District of Columbia. The Democratic People's Republic of Korea is a defendant in this case.

The Department of State transmits a Summons and First Amended Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Democratic People's Republic of Korea as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days from the date of transmittal of the Complaint. By failing to do so, a defendant risks

**DIPLOMATIC NOTE**

the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Department of State requests that the enclosed Summons and First Amended Complaint be forwarded to the appropriate authority of the Democratic People's Republic of Korea to take whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Complaint, the Department of State is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. government is not a party to this case and cannot represent other parties in this matter.

**DIPLOMATIC NOTE**

-3-

Enclosures: As stated.

Department of State,

    Washington, August 29, 2025.

**DIPLOMATIC NOTE**