**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*,<br><br>                    **Plaintiffs,**<br>     **v.**<br><br>**ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>                    **Defendants.** | **Civil Action No.: 1:24-cv-01914-RCL** |

<u>**STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE**</u>

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update**.  Plaintiffs are aware that diplomatic service under 28 U.S.C. § 1608(a)(4) has been completed on Defendants the Islamic Republic of Iran and the Democratic People's Republic of Korea.  *See* ECF Nos. 42, 49.  Plaintiffs have been informed by the United States Department of State that diplomatic service on the Syrian Arab Republic has been completed and anticipate the Clerk of the Court to file the Return of Service/Affidavit of Summons and Complaint Executed once received.

There are no further updates from Plaintiffs' prior status report, submitted December 5, 2025.  *See* ECF No. 48.  Plaintiffs will provide a further status report within 30 days of this submission, as directed by the Court's Minute Order of August 5, 2024.

Dated:   January 5, 2026

Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500


/s/ *James Pasch*
James Pasch (OH #0086809)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel: 212-885-5806
Email:  jpasch@adl.org


*Attorneys for Plaintiffs*