

**United States Department of State**

*Washington, D.C.   20520*

January 7, 2026

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Re: *Estate of Adrienne Anne Neta, et al., v. Islamic Republic of Iran, et al.,* 1:24-cv-01914-RCL

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, First Amended Complaint and Notice of Suit to the Syrian Arab Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States Embassy operations in the Syrian Arab Republic are currently suspended, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs. The documents were delivered to the Ministry of Foreign Affairs of the Syrian Arab Republic under cover of diplomatic note No. 1582-1/2025-MZV/DAMA dated October 1, 2025, and delivered on October 6, 2025. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

RECEIVED
Mailroom
JAN 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc:    Aryeh Portnoy
        Crowell & Moring LLP
        1001 Pennsylvania Ave. NW
        Washington, DC 20004

CERTIFICATE

CZECH REPUBLIC                                    )
District of Prague                                )
City of Prague                                    )   SS:
Embassy of the United States of America           )

I, Lynn Kramer, a consular officer at the Embassy of the United States at Prague, Czech Republic, certify that this is a true copy of diplomatic note number 1582-1/2025 dated on October 01, 2025, and annexed documents, which were transmitted by the Ministry of Foreign Affairs of the Czech Republic on December 03, 2025, to the Embassy of the United States.

_____
(Signature of Consular Officer)

_____
Lynn Kramer
(Typed name of Consular Officer)

_____
Consul
(Title of Consular Officer)

_____
Dec 08, 2025 (Date)



| Embassy of the Czech Republic in Damascus | Abou Roumaneh, 18 Misr. Str. 4, Damascus<br>Syrian Arab Republic<br>Tel.: +963 113 331 383, Fax: +963 113 338 268<br>https://mzv.gov.cz/damascus, damascus@mzv.gov.cz |

U.S. Interests Section

No.: 1582-1/2025-MZV/DAMA

### *Verbal Note*

The Embassy of the Czech Republic in Damascus acting as the Protecting power for U.S. Interests in Syria, presents its compliments to the Ministry of Foreign Affairs & Expatriates of the Syrian Arab Republic and has the honour, at the request of the Embassy of the United States of America in Prague, to refer the Ministry of Foreign Affairs of the Syrian Arab Republic to the lawsuit **Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, 1:24-cv-01914-RCL**, which is pending the U.S. Disctrict Court for the District of Columbia. The Syrian Arab Republic is the defendant in this case. The Foreign Interests Section transmits a Summons and Amended Complaint herewith. The U.S. District Court for the District of Columbia has requested the service of these documents. This note constitutes transmittal of these documents to the Government of the Syrian Arab Republic as contenplated in Title 28, United States Code, Selection 1608(a)(4).

Under applicable U. S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the oportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Amended Complaint be forwarded to the appropriate authority of the Syrian Arab Republic with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U. S. laws concerning suits against foreign States amd certain court documents that the plaitiff has requested be transmited

The Foreign Interests Section has been advised that under U. S. law any jurisdictional or other defence including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of the U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of the Czech Republic avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic the assurances of its highest consideration.



Damascus, October 1, 2025

Attachments:

1. Summons, First Amended Complaint and Notice of Suit
2. Translations

**Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic**
**Protocol and Communication Department**
**<u>Damascus</u>**



| Embassy of the Czech Republic in Damascus | Abou Roumaneh, 18 Misr. Str. 4, Damascus<br>Syrian Arab Republic<br>Tel.: +963 113 331 383, Fax: +963 113 338 268<br>https://mzv.gov.cz/damascus, damascus@mzv.gov.cz |

U.S. Interests Section

الرقم: 1582-1/2025-MZV/DAMA

مذكرة شفهية

تهدي سفارة الجمهورية التشيكية بدمشق بصفتها الدولة الراعية لمصالح الولايات المتحدة الامريكية في سوريا أطيب تحياتها إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية (إدارة المراسم) وتتشرف، بناءً على طلب سفارة الولايات المتحدة الأمريكية في براغ، إحالة الدعوى القضائية إلى وزارة الخارجية للجمهورية العربية السورية:

(Estate of Adrienne Anne Neta, et al. v. Islamic Republic of Iran, 1:24-cv-01914-RCL)

المُعلّقة في محكمة الولايات المتحدة الأمريكية لمقاطعة كولومبيا. حيث أن الجمهورية العربية السورية هي المدعى عليه في هذه القضية. كما ينقل قسم المصالح الأجنبية مرفق إخطار الإستدعاء والشكوى المعدلة. بناء على طلب محكمة الولايات المتحدة الأمريكية لمقاطعة كولومبيا بتقديم هذه المستندات. حيث تعتبر هذه المذكرة الناقلة لهذه الوثائق كبلاغ إلى الحكومة الجمهورية العربية السورية تحت المادة 28، من قانون الولايات المتحدة، الفقرة 1608 (أ) (4).

بموجب قانون الولايات المتحدة المعمول به، يجب على المدعى عليه في القضية تقديم إجابة على الشكوى أو مذكرة جوابية في غضون 60 يومًا من تاريخ نقل الشكوى، وفي هذه الحالة من تاريخ هذه المذكرة. في حال عدم القيام بذلك، يخاطر المدعى عليه بإمكانية إصدار حكم ضده دون أن تتاح له فرصة تقديم الحجج أو الأدلة من طرفه. لذلك، يطلب قسم رعاية المصالح الأجنبية إحالة إخطار الإستدعاء والشكوى المعدلة المرفقين إلى السلطة المختصة في الجمهورية العربية السورية مع وجهة نظر لاتخاذ الخطوات الضرورية لتجنب الحكم الغيابي.

بالإضافة إلى إخطار الإستدعاء والشكوى المعدلة ، يرفق قسم المصالح الأجنبية إشعارًا بالدعوى القضائية أعده المدعي يلخص طبيعة القضية ويتضمن إشارات إلى القانون الأمريكي المتعلق بالدعاوى المرفوعة ضد الدول الأجنبية وبعض الوثائق القضائية التي طلب المدعي إحالتها.

لقد تم إخطار قسم رعاية المصالح الأجنبية بأنه بموجب قانون الولايات المتحدة، يجب تقديم أي دفاع قضائي أو دفاع آخر بما في ذلك معايير الحصانة السيادية إلى المحكمة قبل أن تصبح مُعلّقة، ولأي من الأسباب ينصح باستشارة محام في الولايات المتحدة. ومن المتبع في وزارة الخارجية الأمريكية أن توفر فرصة لمناقشة متطلبات القانون الولايات المتحدة مع مستشار قانوني. إن حكومة الولايات المتحدة ليست طرفاً في هذه القضية ولا يمكنها تمثيل أطراف أخرى في هذه المسألة.

تنتهز سفارة الجمهورية التشيكية بدمشق هذه الفرصة لتعرب إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية - إدارة المراسم - عن فائق الاعتبار والتقدير.

دمشق في 1 تشرين الأول 2025

المرفقات:

1- إخطار الإستدعاء ، والشكوى المعدلة ، وإشعار الدعوى قضائية.
2- الترجمات.

وزارة الخارجية والمغتربين في الجمهورية العربية السورية
إدارة المراسم و الإتصال
<u>دمشــــــــق</u>



| Embassy of the Czech Republic in Damascus | Abou Roumaneh, 18 Misr. Str. 4, Damascus  Syrian Arab Republic  Tel.: +963 113 331 383, Fax: +963 113 338 268  https://mzv.gov.cz/damascus, damascus@mzv.gov.cz |

U.S. Interests Section

**Potvrzení o pravosti razítka a podpisu pracovníka ZÚ Damašek – USIS**

Jméno: Pavel

Příjmení: Sváček

Podpis pracovníka ZÚ Damašek – USIS:

Vzor otisku razítka ZÚ Damašek – USIS:



V Damašku 07.10. 2025



Embassy of the Czech Republic in Damascus

Abou Roumaneh, 18 Misr. Str. 4, Damascus
Syrian Arab Republic
Tel.: +963 113 331 383, Fax: +963 113 338 268
https://mzv.gov.cz/damascus, damascus@mzv.gov.cz

U.S. Interests Section

I Pavel Sváček, Head of the Foreign Interests Section of the Embassy of the Czech Republic in Damascus, certify that this is a true copy of the diplomatic note 1582-1/MZV/DAMA dated on Ocrober 1, 2025 and delivered to the Syrian Ministry of Foreign Affairs and Expatriates on October 6 , 2025.



Pavel Sváček

Head of the Foreign Interests Section of
the Embassy of the Czech Republic
in Damascus

Damascus, October 7, 2025