**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ESTATE OF ADRIENNE ANNE NETA**, *et al.*,<br><br>                    **Plaintiffs,**<br>      **v.**<br><br>**ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>                    **Defendants.** | **Civil Action No.: 1:24-cv-01914-RCL** |

## STATUS REPORT REGARDING STEPS TAKEN TO EFFECT SERVICE

Pursuant to the Court's Minute Order of August 5, 2024, Plaintiffs, through undersigned counsel, submit this status report in the above-captioned matter.

**Service Update**. Plaintiffs have completed their attempts to effect diplomatic service under 28 U.S.C. § 1608(a)(4) on Defendants the Islamic Republic of Iran, the Democratic People's Republic of Korea, and the Syrian Arab Republic. *See* ECF Nos. 42, 49, 52. There are no further steps to be taken to attempt to effect service on Defendants pursuant to 28 U.S.C. § 1608.

There are no further updates from Plaintiffs' prior status report, submitted February 5, 2026.  *See* ECF No. 51.

Dated:   March 9, 2026

Respectfully submitted,

/s/ *Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500


/s/ *James Pasch*
James Pasch (OH #0086809)

ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, NY  10158-3650
Tel: 212-885-5806
Email:  jpasch@adl.org


*Attorneys for Plaintiffs*

2