## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ESTATE OF ADRIENNE ANNE NETA**, *et al.*,

    *Plaintiff,*

**v.**

**ISLAMIC REPUBLIC OF IRAN**, *et al.*,

    *Defendants.*

**Case No. 1:24-cv-1914-RCL**

### ORDER

Following service of process on the defendants, the plaintiffs sought and obtained entries of default against defendants Islamic Republic of Iran, Syrian Arab Republic, and the Democratic People's Republic of Korea on February 26, 2026, consistent with Rule 55(a) of the Federal Rules of Civil Procedure. *See* ECF Nos. 54–56. In a status report filed March 9, 2026, the plaintiffs confirm that no further steps are necessary for service on any defendant. *See* ECF No. 57. An entry of default is a prerequisite to a default judgment, and the Court expects the plaintiffs to seek such judgment expeditiously following an entry of default. Therefore, unless the defendants appear in this action, it is hereby **ORDERED** that the plaintiffs shall move for a default judgment within 30 days or face dismissal for failure to prosecute.

    **IT IS SO ORDERED.**

Date: ___3-24-26___

Royce C. Lamberth
United States District Judge