**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NETA**, *et al.*,<br><br>　　　　　　**Plaintiffs,**<br><br>　　**v.**<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>　　　　　　**Defendants.** | **Civil Action No.:  1:24-cv-01914** |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION**
**FOR DEFAULT JUDGMENT ON LIABILITY**

Upon consideration of Plaintiffs' Motion for Default Judgment on Liability, the legal memoranda in support and materials submitted therewith, and the entire record herein, including the Defendants' failure to appear, it is hereby:

**ORDERED** that Plaintiffs' motion for default judgment on liability is **GRANTED** as to all Defendants; and it is further

**ORDERED** that Paul Griffin shall be appointed Special Master to consider the merits of each Plaintiff's claim under applicable law and recommend a measure of damages appropriate for each Plaintiff, and to complete such other duties as are specified in the Court's Order of April 14, 2026, and Administrative Plan Governing Special Masters.

**IT IS SO ORDERED**.

DATE:

_____
Royce C. Lamberth
United States District Court Judge